1  Robert R. Granucci, # 28545
   John F. Granucci, # 224858
2  O'Donnell, Waiss, Wall and Meschke
   100 Broadway, Third Floor
3  San Francisco, CA 94111
   Phone: (415) 434-3323, fax (415) 434-2936
4
   Attorneys for Defendant
5  Oxford Park Associates

6

7

8                   UNITED STATES DISTRICT COURT

9         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
                                    )  Case No. C 05 5446 BZ
11  RICK FUTIA                      )
              Plaintiff             )  JOINT STIPULATION AND ORDER
12                                  )  CONTINUING STATUS CONFERENCE
    v.                              )
13                                  )
    OXFORD PARK ASSOCIATES          )
14                                  )
              Defendant             )
15                                  )
                                    )
16                                  )

17       THE PARTIES HEREBY JOINTLY STIPULATE that, due to scheduling conflicts on

18  the part of counsel for the defendant, the status conference currently scheduled for June 12,

19  2006 at 4:00 p.m. shall be continued until July 17, 2006 at 4:00 p.m.

20

21  Dated: May 30, 2006

22
                                         /S/John F. Granucci
23                                       John F. Granucci,
                                         Attorney for Defendant
24                                       OXFORD PARK ASSOCIATES

25

26
                                         Thomas N. Stewart, III,
27                                       Attorney for Plaintiff
                                         RICK FUTIA
28
                            1
    Joint Stipulation And Order Continuing Status Conference; Case No. C 05 5446 BZ

**ORDER**

IT IS SO ORDERED by this Court, this ___4___ Day of June, 2006.

_____
United States District Judge

2

Joint Stipulation And Order Continuing Status Conference; Case No. C 05 5446 BZ